United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| | § | CIVIL ACTION NO |
| | § | 4:23-cv-03464 |
| | § | |
| | § | |
| IN RE: | § | JUDGE CHARLES ESKRIDGE |
| CHESAPEAKE | § | |
| EXPLORATION | § | |
| LLC | § | |
| | § | |

## ORDER

Pending or recently closed is an appeal from an order entered by Judge David Jones in the above-captioned matter. The docket reflects representation of a party by the law firm of Jackson Walker LLP in the underlying bankruptcy proceedings.

Judge Jones recently resigned after allegations of judicial misconduct were brought to the attention of the Chief Judge of the Fifth Circuit. See Complaint No 05-24-90002 (5th Cir Oct 13, 2023) (complaint); see also General Order No 2023-20 (SDTX Oct 16, 2023) (removal of attorney Elizabeth Freeman from attorney admission fund committee).

Any interested party may file a position paper addressing what effect, if any, the above has on the pending or recently closed appeal, including whether the challenged order should be remanded to the reassigned Bankruptcy Judge for reconsideration in due course.

Any such position paper must be no more than five pages in length and filed by November 3, 2023.

So ordered.

Signed on October 19, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge