United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE:<br>CHESAPEAKE<br>EXPLORATION LLC | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO<br>4:23-cv-03464<br><br>JUDGE CHARLES ESKRIDGE |

## ORDER

Pending is a statement by Appellant Market Enhancement Clause addressing what effect, if any, the allegations of misconduct by Judge David Jones have on this appeal. Dkt 3.

The request by Appellant that the appeal proceed without remand and reconsideration by a different bankruptcy court judge is GRANTED.

The appeal will proceed accordingly.

SO ORDERED.

Signed on November 8, 2023, at Houston, Texas.

*[signature: Chas R Eskridge]*
Hon. Charles Eskridge
United States District Judge