UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| Chesapeake Exploration, L.L.C. | § | Civil Action No.  4:23-cv-03464 |
| Debtor | § | |
| | § | Bankruptcy Case No.  19Bk34508 |
| Market Enhancement Clause | § | |
| Appellant | § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 9/14/2023. The designation of the record was due on 9/28/2023. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☒ The filing fee has not been paid.

   ☐ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: January 5, 2024

Nathan Ochsner, Clerk of Court
H. Lerma
Deputy Clerk