# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: CHESAPEAKE EXPLORATION, L.L.C. (Market Enhancement Clause) | § § § § § § § § § § § CIVIL ACTION NO 4:23-cv-03464<br><br>JUDGE CHARLES ESKRIDGE |

## Unopposed Motion to Supplement the Record

The MEC Class Plaintiffs, appellants in the above-referenced appeal from an order of the Bankruptcy Court, respectfully request that the record on appeal be supplemented to include a document that Plaintiffs inadvertently omitted from their designation of items to be included in the record. Appellee Chesapeake Energy does not oppose this motion.

Plaintiffs' Amended Designation of Items to be Included on Appeal, which was filed as Docket Entry 474 in *In re: Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (Bankr. S.D. Tex.), designated the transcript of proceedings on August 31, 2023 as an item to be included on appeal, but provided the wrong docket number for the transcript itself. The correct docket number for the transcript of proceedings is Docket Entry 353 from Case No. 20-33239 in the Bankruptcy Court.

MEC Class Plaintiffs respectfully request that the record on appeal be supplemented to include this entry.

2930506.1

Respectfully submitted,

Dated:  January 30, 2024

*/s/ Daniel E. Seltz*
Daniel E. Seltz (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
dseltz@lchb.com

Larry D. Moffett (*pro hac vice*)
LAW OFFICE OF LARRY D. MOFFETT, PLLC
P.O. Box 1418
39 County Road 231
Oxford, MS 38655
Telephone:  (662) 298-4435
Cell:   (662) 801-3670
larry@larrymoffett.com

Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
2800 Stafford Avenue, Box 3034
Scranton, PA 18505
Telephone: (570) 209-7901
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue NE
Suite 200
Washington, D.C. 20016
Telephone: 202 789 3960
charles@cuneolaw.com

John W. ("Don") Barrett
BARRETT LAW GROUP
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com

Charles E. Schaffer
LEVIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500
Facsimile: (215) 592-4663
CSchaffer@lfsblaw.com

*Counsel for MEC Class Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have caused to be served a true and correct copy of the foregoing on counsel of record via electronic case filing.

Executed on this 30th day of January, 2024.

*/s/ Daniel E. Seltz*
Daniel E. Seltz
