UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Plaintiff,<br>*Debtor* | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:23–cv–03464 |
| vs. | §<br>§<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Market Enhancement Clause<br>Defendant. | §<br>§ | |

NOTICE OF SETTING

Take notice that a Argument on Bankruptcy Appeal is set as follows:

Tuesday, April 29, 2025, at 10:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002