UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Plaintiff,<br>*Debtor* | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:23−cv−03464 |
| vs. | §<br>§<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Market Enhancement Clause<br>Defendant. | §<br>§ |  |

NOTICE OF RESETTING

Take notice that the Argument on Bankruptcy Appeal set for 4/29/2025, has been RESET as follows:

Wednesday, August 6, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002